UNITED STATES *v.* K. BEETAR, INC.

No. 5511.—Invoice dated Saumur, France, November 28, 1938.
　　　　Certified November 29, 1938.
　　　　Entered at New York, N. Y., December 16, 1938.
　　　　Entry No. 774387.

(Decided November 26, 1941)

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.

*Jerome G. Clifford* for the defendant.

TILSON, Judge: This appeal was submitted for decision without the introduction of any evidence. An examination of the official papers before me fails to disclose any reason for disturbing the value found by the appraiser, which is hereby affirmed. Judgment will be rendered accordingly.